1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  DANIELLE L. TIZOL (SBN 259702)
   225 BUSH STREET, 6TH FLOOR
3  SAN FRANCISCO, CALIFORNIA 94104-4207
   TELEPHONE:     (415) 397-2700
4  FACSIMILE:     (415) 397-3300

Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., | Case No. 2:12 CV-00013-WBS-DAD |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT GOULD MEDICAL GROUP TO RESPOND TO COMPLAINT AND ORDER** |
| v. | |
| SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff BETH A. RHODES, M.D., and Defendant GOULD MEDICAL GROUP, INC. (the "Group") that the time period for the Group to file a response to Plaintiff's Complaint shall be extended 28 days, to February 24, 2012.

Dated: January 27, 2012          LAW OFFICES OF STEPHEN M. MURPHY


                                 P.Bobby Shukla  /s/
                                 P. Bobby Shukla
                                 Attorneys for Plaintiff
                                 BETH A. RHODES, M.D.

| | | |
|---|---|---|
| 1 | Dated: January 27, 2012 | DILLINGHAM & MURPHY, LLP |

Carla J. Hartley /s/
Carla J. Hartley
Attorneys for Defendant
GOULD MEDICAL GROUP, INC

**ORDER**

IT IS SO ORDERED.

Dated: January 27, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No.  2:12 CV-00013-WBS-DAD                                              Page 2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER