| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | CARLA J. HARTLEY (SBN 117213) |
| 2 | DANIELLE L. TIZOL (SBN 259702) |
| | 225 BUSH STREET, 6TH FLOOR |
| 3 | SAN FRANCISCO, CALIFORNIA 94104-4207 |
| | TELEPHONE:     (415) 397-2700 |
| 4 | FACSIMILE:      (415) 397-3300 |

Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. RHODES, M.D., | Case No. 2:12 CV-00013-WBS-DAD |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND TIME FOR DEFENDANT GOULD MEDICAL GROUP TO RESPOND TO COMPLAINT** |
| v. | |
| SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| Defendants. | |

PARTIES through their respective counsel, stipulate as follows:

1. Parties previously stipulated to extend time for Defendant GOULD MEDICAL GROUP, INC. (the "Group") to respond to Plaintiff's, BETH A. RHODES, M.D. ("Plaintiff"), Complaint until February 24, 2012.

2. On February 10, 2012, Plaintiff filed an Opposition to Defendants Sutter Health and Sutter Gould Medical Foundation's Motion to Dismiss for Failure to State a Claim and for a More Definite Statement. In that Opposition, Plaintiff indicated her intent to file an Amended Complaint.

3. In light of Plaintiff's intention to file an Amended Complaint, Parties agree that requiring the Group to respond before the Amended Complaint is filed will cause unnecessary expense to both parties and waste valuable court resources.

4. Parties stipulate to further extend time for the Group to respond to Plaintiff's Complaint until such time as the Court orders all Defendants to respond to Plaintiff's anticipated Amended Complaint.

Dated: February 16, 2012         LAW OFFICES OF STEPHEN M. MURPHY


P.Bobby Shukla  /s/
P. Bobby Shukla
Attorneys for Plaintiff
BETH A. RHODES, M.D.


Dated: February 16, 2012         DILLINGHAM & MURPHY, LLP


Danielle L. Tizol /s/
Carla J. Hartley
Danielle L. Tizol
Attorneys for Defendant
GOULD MEDICAL GROUP, INC

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE