DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
DANIELLE L. TIZOL (SBN 259702)
225 BUSH STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4207
TELEPHONE:    (415) 397-2700
FACSIMILE:    (415) 397-3300

Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation,<br><br>　　　　Defendants. | Case No. 2:12 CV-00013-WBS-DAD<br><br>**REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL GROUP, INC. AT THE HEARING ON CO-DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR A MORE DEFINITE STATEMENT**<br><br>Date:　　February 27, 2012<br>Time:　　2:00 p.m.<br>Judge:　　Hon. William B. Shubb<br>Location: Courtroom 5, 14th Floor<br><br>Complaint Filed: January 13, 2012 |

　　　IT IS HEREBY REQUESTED by Defendant THE GOULD MEDICAL GROUP, INC. (the "Group") to appear telephonically at the February 27, 2012 hearing on Defendants Sutter Health and Sutter Gould Medical Foundation's Motion to Dismiss for Failure to State a Claim and for a More Definite Statement. Lead Counsel for the Group, Carla J. Hartley, will be available by telephone on February 27, 2012 at (415) 397-2732.   **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

Dated: February 17, 2012     DILLINGHAM & MURPHY, LLP


<u>Danielle L. Tizol /s/</u>
Carla J. Hartley
Danielle L. Tizol
Attorneys for Defendant
GOULD MEDICAL GROUP, INC


**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:  February 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE