LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:   (415) 986-1338
Fax:  (415) 986-1231

Attorneys for Plaintiff
BETH A. RHODES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D.,<br><br>   Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation,<br><br>   Defendants. | NO. 2:12-cv-00013-WBS-DAD<br><br>**REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY PLAINTIFF BETH A. RHODES AT THE HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR A MORE DEFINITE STATEMENT**<br><br>Date:       February 27, 2012<br>**Time:**      2:00 p.m.<br>**Judge:**    Hon. William B. Shubb<br>**Location:** Courtroom 5, 14th Floor<br><br>**Complaint Filed: January 13, 2012** |

1
REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY PLAINTIFF BETH A. RHODES

IT IS HEREBY REQUESTED by Plaintiff BETH A. RHODES ("Plaintiff") to appear telephonically at the February 27, 2012 hearing on Defendant's Motion to Dismiss for Failure to State a Claim and for a More Definite Statement.  Lead Counsel, Stephen M. Murphy, will be available by telephone on February 27, 2012 at (415) 986-1338.

Dated: February 22, 2012             LAW OFFICES OF STEPHEN M. MURPHY


                                     By:    /s/ Stephen M. Murphy
                                            STEPHEN M. MURPHY
                                            Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:   February 23, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE