```
 1  MAUREEN E. MCCLAIN, Bar No. 062050
    MAIKO NAKARAI-KANIVAS, Bar No. 271710
 2  Littler Mendelson, P.C.
    650 California Street
 3  20th Floor
    San Francisco, CA  94108.2693
 4  Telephone:    415.433.1940
    Facsimile:    415.399.8490
 5  mmcclain@littler.com
    mnakarai@littler.com
 6
    Attorneys for Defendants
 7  SUTTER HEALTH and SUTTER GOULD
    MEDICAL FOUNDATION
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| BETH A. RHODES, M.D., | Case No. 2:12-cv-00013-WBS-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| | Judge:    Hon. William B. Shubb |
| | Location: Courtroom 5, 14th Floor |
| Defendants. | Complaint Filed: January 3, 2012 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING          1.          (Case No. 2:12-cv-00013-WBS-DAD)

Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER HEALTH, SUTTER GOULD MEDICAL FOUNDATION, and GOULD MEDICAL GROUP, INC. (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint against Defendants Sutter Health, Sutter Gould Medical Foundation, and Gould Medical Group on January 3, 2012;

WHEREAS, Defendants Sutter Health and Sutter Gould Medical Foundation filed a motion to dismiss and for a more definite statement under Federal Rules of Civil Procedure 12(b)(6) and 12(e) on January 27, 2012;

WHEREAS, the Court granted, with leave to amend, Defendants Sutter Health and Sutter Gould Medical Foundation's motion to dismiss and for a more definite statement on February 24, 2012;

WHEREAS, Plaintiff filed a First Amended Complaint on March 16, 2012;

WHEREAS, Defendants contend that the First Amended Complaint is subject to dismissal on several grounds;

WHEREAS, Defendants' responsive pleadings to Plaintiff's First Amended Complaint are currently due on March 30, 2012;

WHEREAS, the Parties met on March 22, 2012 to confer pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS, during the Rule 26(f) conference on March 22, 2012, the Parties conferred regarding the First Amended Complaint, including what Defendants perceived to be defects of the First Amended Complaint, and whether Plaintiff would agree to dismiss certain of the claims alleged in the First Amended Complaint;

WHEREAS, the Parties agreed to continue to meet and confer regarding whether Plaintiff would dismiss certain of the claims alleged in the First Amended Complaint;

WHEREAS, the Parties believe it would preserve resources if Defendants were to wait to file responsive pleadings until after the Parties finished meeting and conferring regarding the First Amended Complaint;

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR RESPONSIVE
PLEADING                                2.                    (Case No. 2:12-cv-00013-WBS-DAD)

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the time for Defendants Sutter Health, Sutter Gould Medical Foundation, and Gould Medical Group, Inc. to file and serve their responsive pleading to Plaintiff's First Amended Complaint is extended by fourteen (14) days from March 30, 2012 to April 13, 2012.

Dated: March 23, 2012

By: */s/ Maureen E. McClain*
MAUREEN E. MCCLAIN
Attorneys for Defendants
SUTTER HEALTH and SUTTER GOULD MEDICAL FOUNDATION

Dated: March 23, 2012

By: */s/ Carla J. Hartley* (as authorized on March 23, 2012)
CARLA J. HARTLEY
Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

Dated: March 22, 2012

By: */s/ Stephen M. Murphy* (as authorized on March 22, 2012 see attachment A)
STEPHEN M. MURPHY
Attorneys for Plaintiff
BETH RHODES

**IT IS SO ORDERED.**

**DATED: March 26, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:109979509.1 061598.1033

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING    3.    (Case No. 2:12-cv-00013-WBS-DAD)