MAUREEN E. MCCLAIN, Bar No. 062050
MAIKO NAKARAI-KANIVAS, Bar No. 271710
Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490
mmcclain@littler.com
mnakarai@littler.com

Attorneys for Defendants
SUTTER HEALTH and SUTTER GOULD
MEDICAL FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., | Case No.  2:12-cv-00013-WBS-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER RE PLAINTIFF'S FIRST AMENDED COMPLAINT FILED ON MARCH 16, 2012** |
| SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | Judge:    Hon. William B. Shubb<br>Location: Courtroom 5, 14th Floor |
| Defendants. | Complaint Filed: January 3, 2012 |

**A.    Reasons For The Stipulation**

1.    WHEREAS the Court on February 28, 2012 issued an Order regarding the Motion to Dismiss filed by Defendants Sutter Health and the Sutter Gould Medical Foundation (the "Sutter Defendants") on 1/27/2012;

2.    WHERAS by Stipulation and Order of the Court filed on February 17, 2012, Defendant Gould Medical Group, Inc.'s time to respond to the complaint was extended pending Plaintiff's filing of an amended complaint in response to the Sutter Defendants' Motion to Dismiss

STIPULATION AND PROPOSED ORDER
RE PLAINTIFF'S FIRST AMENDED
COMPLAINT FILED ON MARCH 16, 2012    1.    (Case No. 2:12-cv-00013-WBS-DAD)

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  as ordered by the Court;

2      3.   WHEREAS Plaintiff filed a First Amended Complaint on March 16, 2012 and Defendants' time to respond has been extended to April 13, 2012 by Stipulation and Order filed on March 26, 2012;

3      4.   WHEREAS the Sutter Defendants have contended that Causes of Action Four through Eight ("the DFEH causes") were improperly filed against them before Plaintiff exhausted administrative procedures;

4      5.   WHEREAS all Defendants contest Plaintiff's ability to add what they view as new causes of action (Causes of Action Three and Six) without obtaining leave of court or all parties' written consent in accordance with FRCP 15 (a) (2);

5      6.   WHEREAS Plaintiff disagrees with Defendants' positions as described in Paragraphs 4 and 5 above;

6      7.   WHEREAS the parties have met and conferred on these issues and wish to reach a stipulation resolving certain pleading issues;

7      8.   WHEREAS nothing in this stipulation should be construed as interfering with any Defendant's right to make further motions under Rule 12 regarding the First Amended Complaint as amended by this Stipulation;

8      9.   WHEREAS the First Amended Complaint contains inconsistent and mistaken references to the employer of various individuals (Compare, for example, Paragraph 7 to Paragraphs 52, 59 and 64);

    THEREFORE, THE PARTIES HEREBY STIPULATE:

**B.   Terms of the Stipulation**

1.   To the extent that the First Amended Complaint raises claims predicated upon the Fair Employment & Housing Act against the Sutter Defendants, those Causes of Action (Four through Eight) shall be deemed to be filed for the first time on March 16, 2012 and shall not be deemed to relate back to the initial filing date of the lawsuit.

2.   Plaintiff herby dismisses with prejudice Cause of Action 6 as against all Defendants.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER
RE PLAINTIFF'S FIRST AMENDED
COMPLAINT FILED ON MARCH 16, 2012       2.       (Case No. 2:12-cv-00013-WBS-DAD)

3. As to the remaining Cause of Action which Defendants view to have been improperly added without leave of court or the written consent of all Parties (the Third Cause of Action), Defendants hereby provide their written consent to the amendment.

4. Plaintiff agrees that the Third Cause of Action should be dismissed, in so far as it alleges a constructive termination, against any Defendant which is found by the Court not to have employed Plaintiff either directly or on an integrated enterprise theory. This stipulation relates only to the constructive termination allegation in the Third Cause of Action; all other allegations of retaliatory conduct remain pled against all Defendants.

5. The term "Sutter Health" in Paragraphs 52, 59 and 64 of the First Amended Complaint is changed to SGMF, and is deleted from Paragraph 8.

6. All Defendants have fourteen (14) days from the date this Stipulation with Court approval is filed by the Court to file a responsive pleading, including any FRCP 12 motion, to the First Amended Complaint as herein further amended.

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER
RE PLAINTIFF'S FIRST AMENDED
COMPLAINT FILED ON MARCH 16, 2012

3.

(Case No. 2:12-cv-00013-WBS-DAD)

1  Dated: April 2, 2012

4  By: */s/ Maureen E. McClain*
   MAUREEN E. MCCLAIN
   Attorneys for Defendants
   SUTTER HEALTH and SUTTER GOULD
   MEDICAL FOUNDATION

7  Dated: April 2, 2012

9  By: */s/ Carla J. Hartley*
   CARLA J. HARTLEY
   Attorneys for Defendant
   GOULD MEDICAL GROUP, INC.

12  Dated: April 2, 2012

14  By: */s/ Stephen M. Murphy*
    STEPHEN M. MURPHY
    Attorneys for Plaintiff
    BETH RHODES

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER
RE PLAINTIFF'S FIRST AMENDED          4.            (Case No. 2:12-cv-00013-WBS-DAD)
COMPLAINT FILED ON MARCH 16, 2012

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 **DATED:  April 2, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:109981562.1 061598.1033

LITTLER MENDELSON, P.C
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER
RE PLAINTIFF'S FIRST AMENDED
COMPLAINT FILED ON MARCH 16, 2012         5.         (Case No. 2:12-cv-00013-WBS-DAD)