LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:    (415) 986-1338
Fax:    (415) 986-1231

Attorneys for Plaintiff
BETH A. RHODES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, <br><br> Defendants. | NO. 2:12-cv-00013-WBS-DAD <br><br> **REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY PLAINTIFF BETH A. RHODES AT HEARING FOR DEFENDANTS SUTTER HEALTH AND SUTTER GOULD MEDICAL FOUNDATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** <br><br> **Date:**      May 21, 2012 <br> **Time:**      2:00 p.m. <br> **Judge:**     Hon. William B. Shubb <br> **Location:**  Courtroom 5, 14th Floor <br><br> Complaint Filed: January 13, 2012 |

IT IS HEREBY REQUESTED by Plaintiff BETH A. RHODES ("Plaintiff") to appear telephonically at the May 21, 2012 Hearing for Defendants Sutter Health and Sutter Gould Medical Foundation's Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim. Counsel, Stephen M. Murphy, will be available by telephone on May 21, 2012 at (415) 986-1338.

Dated: May 2, 2012                    LAW OFFICES OF STEPHEN M. MURPHY


                                      By:    /s/ Stephen M. Murphy
                                             STEPHEN MURPHY
                                             Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:   May 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE