1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  DANIELLE L. TIZOL (SBN 259702)
   225 BUSH STREET, 6TH FLOOR
3  SAN FRANCISCO, CALIFORNIA 94104-4207
   TELEPHONE:     (415) 397-2700
4  FACSIMILE:     (415) 397-3300

5

   Attorneys for Defendant
6  GOULD MEDICAL GROUP, INC.

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| | |
|---|---|
| 11  BETH A. RHODES, M.D., | Case No. 2:12 CV-00013-WBS-DAD |
| 12           Plaintiff, | **REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL GROUP, INC. AT THE HEARING ON CO-DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 13           v. | |
| 14  SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| 17           Defendants. | Date:     May 21, 2012<br>Time:     2:00 p.m.<br>Judge:    Hon. William B. Shubb<br>Location: Courtroom 5, 14th Floor |
| | Complaint Filed: January 13, 2012 |

21
22    IT IS HEREBY REQUESTED by Defendant THE GOULD MEDICAL GROUP, INC.
23 (the "Group") to appear telephonically at the May 21, 2012 hearing on Defendants Sutter
24 Health and Sutter Gould Medical Foundation's Motion to Dismiss Plaintiff's First Amended
25 Complaint.  Counsel for the Group, Danielle L. Tizol, will be available by telephone on May
26 21, 2012 at 2:00 p.m. at (415) 397-2761.

27
28

Case No.  2:12 CV-00013-WBS-DAD                                                Page 1
REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL
GROUP, INC.

Dated: May 11, 2012                         DILLINGHAM & MURPHY, LLP

                                              Danielle L. Tizol /s/
                                              Carla J. Hartley
                                              Danielle L. Tizol
                                              Attorneys for Defendant
                                              GOULD MEDICAL GROUP, INC

**ORDER**

IT IS SO ORDERED.  **The courtroom deputy shall email counsel with instructions how to participate in the telephone conference call**

Dated: May 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No.  2:12 CV-00013-WBS-DAD                                                                                      Page 2
REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL GROUP, INC.