MAUREEN E. MCCLAIN, Bar No. 062050
MAIKO NAKARAI-KANIVAS, Bar No. 271710
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
mmcclain@littler.com
mnakarai@littler.com

Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., | Case No.  2:12-cv-00013-WBS-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DISCLOSURE OF INITIAL ROUND OF EXPERTS AND DISCOVERY RELATED TO THE INITIAL ROUND OF EXPERT DISCLOSURE** |
| v. | |
| SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| | Judge:      Hon. William B. Shubb
Location:  Courtroom 5, 14th Floor |
| Defendants. | Complaint Filed: January 3, 2012
FAC Filed:  March 16, 2012 |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINES RE: INITIAL
ROUND OF EXPERT DISCLOSURE                      1.                  (Case No. 2:12-cv-00013-WBS-DAD)

1   Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER GOULD
2   MEDICAL FOUNDATION ("SGMF") and GOULD MEDICAL GROUP, INC. ("GMG")
3   (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and
4   agree as follows:
5   WHEREAS, Plaintiff filed the operative First Amended Complaint ("FAC") against
6   Defendants on March 16, 2012;
7   WHEREAS, the Court issued a Status (Pretrial Scheduling) Order on April 5, 2012,
8   ordering the parties to disclose their initial round of experts and produce reports in accordance with
9   Federal Rule of Civil Procedure 26(a)(2) by no later than October 1, 2012;
10  WHEREAS, the Court also ordered the parties to complete non-expert discovery and
11  expert discovery related to the initial round of expert disclosures by November 30, 2012;
12  WHEREAS, Plaintiff served her First Demand for Identification and Production of
13  Documents on SGMF on June 26, 2012;
14  WHEREAS, Plaintiff served her First Demand for Identification and Production of
15  Documents on GMG on June 26, 2012;
16  WHEREAS, Defendants have been producing documents on a rolling basis, due to
17  the need to review for patient privacy and other confidentiality concerns, as well as the large volume
18  of documents that need to be searched;
19  WHEREAS, Defendants require additional time to complete their document
20  production, due to the need to review for patient privacy and other confidentiality concerns, as well
21  as the large volume of documents that need to be searched;
22  WHEREAS, the Parties agree that a brief continuance of the deadlines related to the
23  initial round of expert disclosures will not prejudice any party, and will not interfere with any other
24  deadlines in this case;
25  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the
26  time for disclosure of the initial round of experts and production of reports in accordance with
27  Federal Rule of Civil Procedure 26(a)(2) is extended by one (1) month from October 1, 2012 to
28  November 1, 2012, and the time for completing non-expert discovery and expert discovery related

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINES RE: INITIAL         2.         (Case No. 2:12-cv-00013-WBS-DAD)
ROUND OF EXPERT DISCLOSURE

to the initial round of expert disclosures is extended by one (1) month from November 30, 2012 to December 30, 2012.

Dated: September __, 2012

By: */s/ Maureen E. McClain*
MAUREEN E. MCCLAIN
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

Dated: September __, 2012

By: */s/ Carla J. Hartley* (as authorized on September __, 2012)
CARLA J. HARTLEY
Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

Dated: September __, 2012

By: */s/ Stephen M. Murphy* (as authorized on September __, 2012)
STEPHEN M. MURPHY
Attorneys for Plaintiff
BETH RHODES

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\rhodes0013.stip.cont.deadlines.docx

Firmwide:114217159.1 061598.1033

TLER MENDELSON, P.C
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES RE: INITIAL ROUND OF EXPERT DISCLOSURE   3.   (Case No. 2:12-cv-00013-WBS-DAD)