1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  BENJAMIN J. SCHNAYERSON (SBN 257857)
   225 BUSH STREET, 6TH FLOOR
3  SAN FRANCISCO, CALIFORNIA 94104-4207
   TELEPHONE:    (415) 397-2700
4  FACSIMILE:    (415) 397-3300

Attorneys For Defendant
THE GOULD MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., | Case No. 2:12 CV-00013-WBS-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOAL RULE 271** |
| v. | |
| SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| Defendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Date: October 31, 2012          DILLINGHAM & MURPHY, LLP


                                 /s/
                                Carla J. Hartley
                                Benjamin J. Schnayerson
                                Attorneys for Defendant
                                THE GOULD MEDICAL GROUP, INC.

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | Date:  October 24, 2012 | LITTLER MENDELSON |
| 3 | | |
| 4 | | _____/s/_____ |
| | | Maureen E. McClain |
| 5 | | Attorneys for Defendant |
| | | SUTTER GOULD MEDICAL FOUNDATION |
| 6 | | |
| 7 | Date:  October 25, 2012 | LAW OFFICES OF STEPHEN M. MURPHY |
| 8 | | |
| 9 | | _____/s/_____ |
| | | Stephen M. Murphy |
| 10 | | Attorneys for Plaintiff |
| | | BETH A. RHODES, M.D. |
| 11 | | |
| 12 | IT IS SO ORDERED. | |
| 13 | Date:  November 2, 2012 | |
| 14 | | *[signature]* |
| 15 | | WILLIAM B. SHUBB |
| | | UNITED STATES DISTRICT JUDGE |

Case No.  2:12 CV-00013-WBS-DAD                                                                 Page 2
STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION
PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271