1  MAUREEN E. MCCLAIN, Bar No. 062050
   MAIKO NAKARAI-KANIVAS, Bar No. 271710
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490
   mmcclain@littler.com
5  mnakarai@littler.com

6  Attorneys for Defendant
   SUTTER GOULD MEDICAL FOUNDATION
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12 | BETH A. RHODES, M.D.,                          | Case No.  2:12-cv-00013-WBS-DAD |
13 |                        Plaintiff,              | **[PROPOSED] ORDER GRANTING DEFENDANT SUTTER GOULD MEDICAL FOUNDATION'S REQUEST TO SEAL DOCUMENT WITH REDACTION OF COMPENSATION TERMS** |
14 | v.                                             | |
15 | SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | **[E.D. LOCAL RULES 140 & 141]** |
16 |                                                | Judge:   Hon. William B. Shubb
                                                      Dept:    Courtroom 5, 14th Floor |
17 |                                                | Complaint Filed:   January 3, 2012
                                                      FAC Filed:          March 16, 2012
                                                      Trial Date:         November 5, 2013 |
18 |                        Defendants.             | |

[PROPOSED] ORDER GRANTING SGMF'S
REQUEST TO SEAL DOCUMENT WITH                                    Case No. 2:12-cv-00013-WBS-DAD
REDACTION OF COMPENSATION TERMS

1

2    The Court, having considered Defendant SUTTER GOULD MEDICAL
3    FOUNDATION's ("Defendant" or "SGMF") Request to Seal Document with Redaction of
4    Compensation Terms, pursuant to the United States District Court, Eastern District of California
5    Local Rules 140 and 141, and all other papers submitted in support thereof and in opposition thereto,
6    IT IS HEREBY ORDERED that SGMF's Request to Seal is GRANTED.  Because
7    the 2010 Professional Services Agreement ("PSA") between SGMF and Defendant Gould Medical
8    Group, Inc. ("GMG") contains confidential and proprietary information regarding SGMF and GMG
9    which is not available to the public, including but not limited to the terms of the compensation
10   structure, and disclosure of the information could cause financial and competitive injury to SGMF,
11   the Court finds that there are compelling reasons for granting the request.  The PSA shall be filed
12   under seal and with the compensation terms redacted from Exhibit 6.2, and kept confidential from
13   public view.
14   This Order may be subject to rescission or modification upon the written request of
15   any party to this action or any interested third-party for good cause shown.
16   IT IS SO ORDERED.
17   DATED:   December 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING SGMF'S
REQUEST TO SEAL DOCUMENT WITH
REDACTION OF COMPENSATION TERMS

2.

Case No. 2:12-cv-00013-WBS-DAD