LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:      (415) 986-1338
Fax:     (415) 986-1231

Attorneys for Plaintiff
BETH A. RHODES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, <br><br>　　　　Defendants. | Case No.  2:12-cv-00013-WBS-DAD <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BETH A. RHODES, M.D. NOTICE OF REQUEST TO SEAL DOCUMENTS PURSUANT TO STIPULATED PROTECTIVE ORDER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT SUTTER GOULD MEDICAL FOUNDATION** <br><br>**[E.D. LOCAL RULES 140 & 141]** <br><br>Judge:     Hon. William B. Shubb <br>Location: Courtroom 5, 14th Floor <br>MSJ:       January 28, 2013 <br><br>Complaint Filed:  January 3, 2012 <br>FAC Filed:    March 16, 2012 <br>Trial Date:    November 5, 2013 |

The Court, having considered plaintiff BETH A. RHODES, M.D.'s Request to Seal Documents, pursuant to the United States District Court, Eastern District of California Local Rules 140 and 141, and all other papers submitted in support thereof and in

opposition thereto,

IT IS HEREBY ORDERED that plaintiff BETH A. RHODES, M.D.'s Request to Seal is GRANTED.

Because defendants SUTTER GOULD MEDICAL FOUNDATION and GOULD MEDICAL GROUP have made an adequate showing of business necessity, and have marked "confidential" during the pendency of this litigation the documents marked SEALED 001 to 066 shall be filed under seal and kept confidential from public view. Because the documents marked SEALED 067 to 071 are medical records of the plaintiff that are private and personal they shall be filed under seal and kept confidential from public view

**IT IS SO ORDERED.**

Dated: January 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROPOSED] ORDER GRANTING PLAINTIFF BETH A. RHODES, M.D. NOTICE OF REQUEST TO SEAL DOCUMENTS PURSUANT TO STIPULATED PROTECTIVE ORDER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT SUTTER GOULD MEDICAL FOUNDATION                2**