1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 11721
2  BENJAMIN J. SCHNAYERSON (SBN 257857)
   225 BUSH STREET, 6TH FLOOR
3  SAN FRANCISCO, CALIFORNIA 94104-4207
   TELEPHONE:      (415) 397-2700
4  FACSIMILE:      (415) 397-3300

5

   Attorneys for Defendant
6  GOULD MEDICAL GROUP, INC.

7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| 11 | BETH A. RHODES, M.D., | Case No. 2:12 CV-00013-WBS-DAD |
|----|---|---|
| 12 | Plaintiff, | **REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL GROUP, INC. AT THE HEARING ON CO-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| 13 | v. | |
| 14 | SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | |
| 15 | | |
| 16 | | Date:     January 28, 2013 |
| 17 | Defendants. | Time:     2:00 p.m.<br>Judge:    Hon. William B. Shubb<br>Location: Courtroom 5, 14th Floor |
| 18 | | |
| 19 | | Complaint Filed: January 13, 2012 |
| 20 | | |

21      IT IS HEREBY REQUESTED by Defendant THE GOULD MEDICAL GROUP, INC.

22  (the "Group") to appear telephonically at the January 28, 2013 hearing on Defendant Sutter

23  Gould Medical Foundation's Motion for Summary Judgment.  Counsel for the Group, Carla J.

24  Hartley, will be available by telephone on January 28, 2013 at 2:00 p.m. at (415) 397-2700.

25

26

27

28

Case No.  2:12 CV-00013-WBS-DAD                                                      Page 1
REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL
GROUP, INC.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2013 | DILLINGHAM & MURPHY, LLP |

Carla J. Hartley /s/
Carla J. Hartley
Benjamin J. Schnayerson
Attorneys for Defendant
GOULD MEDICAL GROUP, INC

### **ORDER**

    IT IS SO ORDERED.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

Dated:  January 25, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Case No.  2:12 CV-00013-WBS-DAD                                                                                      Page 2
REQUEST AND ORDER FOR TELEPHONIC APPEARANCE BY DEFENDANT THE GOULD MEDICAL GROUP, INC.