DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BENJAMIN J. SCHNAYERSON (SBN 257857)
601 California Street, Suite 1900
SAN FRANCISCO, CALIFORNIA 94108-2824
TELEPHONE:     (415) 397-2700
FACSIMILE:     (415) 397-3300

Attorneys For Defendant
THE GOULD MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, <br><br> Defendants. | Case No. 2:12 CV-00013-WBS-DAD <br><br> **AMENDED STIPULATION AND ORDER TO CONTINUE THE DEADLINES** <br><br> Magistrate Judge: Dale A. Drozd <br> Location:  Courtroom 27, 8th Floor <br><br> Complaint Filed: January 3, 2012 <br> FAC Filed: March 16, 2012 <br> Trial Date: November 5, 2013 |

Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER GOULD MEDICAL FOUNDATION ("SGMF") and GOULD MEDICAL GROUP, INC. ("GMG") (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Status (Pretrial Scheduling) Order on April 5, 2012, ordering the parties to, among other things, disclose their final round of experts by March 11, 2013 complete discovery by April 30, 2013, and file all motions by June 24, 2013;

WHEREAS, due to the issues alleged in the First Amended Complaint, the parties will need to retain many experts;

WHEREAS, the parties have been diligently attempting to comply with the Court's

1  pretrial order but need additional time to retain and prepare experts prior to disclosure;

2  WHEREAS, the parties wish to have an opportunity to discuss settlement before retaining
3  and obtaining reports from all experts;

4  WHEREAS, the parties agree that continuing the current deadlines for the final round of
5  expert disclosure, discovery cut off, and filing motions will not prejudice any party and will not
6  interfere with any other deadlines in this case;

7  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the
8  deadline for disclosure of the final round of experts and production of reports in accordance with
9  Federal Rule of Civil Procedure 26(a)(2) is extended from March 11, 2013 to May 11, 2013; the
10  deadline for completing discovery is extended April 30, 2013 to June 14, 2013, and the deadline
11  for filing motions is extended from June 24, 2013 to July 1, 2013.

12
13  Dated: January 30, 2013

14
15                                      By: /s/
16                                          MAUREEN E. MCCLAIN
                                            MAIKO NAKARAI-KANIVAS
                                            Attorneys for Defendant
17                                          SUTTER GOULD MEDICAL FOUNDATION

18
    Dated: January 30, 2013
19

20
21                                      By: /s/
                                            CARLA J. HARTLEY
                                            Attorneys for Defendant
22                                          GOULD MEDICAL GROUP, INC.

23  Dated: January 30, 2013

24
25                                      By: /s/
                                            STEPHEN M. MURPHY
                                            Attorneys for Plaintiff
26                                          BETH RHODES

27
28

**IT IS SO ORDERED.**

Dated:  February 1, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\rhodes0013.stip.cont.deadlines2.doc