IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. RHODES, M.D.,

        Plaintiff,                No. CIV. 2:12-0013 WBS DAD

    v.

SUTTER HEALTH, a California corporation, SUTTER GOULD MEDICAL FOUNDATION, a California corporation, THE GOULD MEDICAL GROUP, INC., a California corporation,        ORDER

        Defendants.

_____/

        This matter came before the court on March 29, 2013, for hearing of plaintiff's motion for leave of court to take more than ten depositions. Stephen Purtill, Esq. appeared on behalf of plaintiff. Benjamin Schnayerson, Esq. appeared on behalf of defendant Gould Medical Group, Inc. Maiko Nakarai-Kanivas, Esq. appeared on behalf of defendant Sutter Health.

        Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 27, 2013 motion for leave of court to take more than ten depositions (Doc. No. 124) is granted in part;

      2. Plaintiff is granted leave to take the additional five identified depositions;

      3. The depositions shall be completed by the close of discovery on or before June 14, 2013; and

      4. Plaintiff's motion is denied in all other respects.

DATED: March 29, 2013.

      */s/ Dale A. Drozd*
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\rhodes0013.oah.032913