```
DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BENJAMIN J. SCHNAYERSON (SBN 257857)
601 California Street, Suite 1900
San Francisco, CA 94108-2824
TELEPHONE:    (415) 397-2700
FACSIMILE:    (415) 397-3300

Attorneys For Defendant
THE GOULD MEDICAL GROUP, INC.
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., | Case No. 2:12 CV-00013-WBS-DAD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR MENTAL EXAMINATION OF PLAINTIFF** |
| v. | |
| SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, | Magistrate Judge: Dale A. Drozd<br>Location: Courtroom 27, 8th Floor |
| Defendants. | Complaint Filed: January 3, 2012<br>FAC Filed: March 16, 2012<br>Trial Date: November 5, 2013 |

Plaintiff BETH RHODES ("Plaintiff"), and Defendants SUTTER GOULD MEDICAL FOUNDATION ("SGMF") and GOULD MEDICAL GROUP, INC. ("GMG") (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, GMG filed a Motion to Compel the Mental Examination of Plaintiff on March 14, 2013, with a hearing date of April 5, 2013 in Courtroom 27, before Magistrate Judge Dale A. Drozd;

WHEREAS, GMG, SGMF and Plaintiff have met and conferred, and come to an agreement regarding the scope of the mental examination;

/ / /

1  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, pursuant
2  to Rules 29 and 35, Federal Rules of Civil Procedure, that:
3      1. Plaintiff will submit to psychological tests as part of the examination on April 22,
4  2013 at 10:00 a.m., at Langley Porter Psychiatric Hospital, 401 Parnassus Avenue, Room 470,
5  San Francisco, CA. The tests will be administered by Dr. Dale McNiel. His component of the
6  examination will last up to seven (7) hours, not including breaks, depending on how much time
7  Plaintiff needs to complete these tests. Based on the direction of Dr. McNiel, his component of
8  the examination may include any of the following tests: the Personality Assessment Inventory
9  ("PAI"), the Minnesota Multiphasic Personality Inventory-II ("MMPI-2"), the Trauma Symptom
10 Inventory-2 ("TSI-2"), Cognistat, the Medical Symptom Validity Test, an adult
11 neuropsychological history form, and a short clinical interview. The short clinical interview will
12 consist of follow-up questions to Plaintiff's answers to the tests and other questions to provide a
13 context to Plaintiff's answers. It will not be a psychiatric interview.
14     2. In the second part of the examination, Plaintiff will submit to a psychiatric
15 evaluation by Dr. Renee L. Binder on April 23, 2013 at 10:00 a.m. at Langley Porter Psychiatric
16 Hospital, 401 Parnassus Avenue, Room 258, San Francisco, CA. The examination by Dr. Binder
17 will last approximately four (4) hours, not including breaks, and will consist of a complete
18 psychiatric evaluation of Plaintiff, including, but not limited to an assessment of Plaintiff's
19 personal history, work history, relationships and trauma history, educational history, substance
20 abuse history, mental health and psychological treatment history, legal history, as well as an
21 account of the events that Plaintiff claims caused the emotional distress. The interview will also
22 include a current mental status examination.
23     3. At the time of the examination, Plaintiff shall answer all proper questions and
24 inquiries submitted to her by Dr. Binder and Dr. McNiel for the purpose of making a proper
25 diagnosis of Plaintiff's condition and determining all factors which may have caused Plaintiff's
26 alleged emotional distress. Plaintiff will not be asked any questions that invade the attorney
27 client privilege. Plaintiff will not be asked any questions that invade the martial privilege as
28 regards to liability issues in the case.

1    4.    Plaintiff is not requesting a copy of any reports prepared by Dr. Binder and Dr.
2  McNiel pursuant to Federal Rule of Civil Procedure 35(b)(1). Plaintiff does not waive any
3  privileges pursuant to Federal Rules of Civil Procedure 35(b)(4), unless Plaintiff later requests a
4  copy of the reports, or deposes Dr. Binder or Dr. McNiel.
5    5.    The Defendants shall bear the costs of such examination.
6    6.    The Defendants agree that this shall be their one and only FRCP 35 exam jointly
7  in this litigation.

Dated: March 28, 2013

By: _____
MAUREEN E. MCCLAIN
MAIKO NAKARAI-KANIVAS
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

Dated: March 29, 2013

By: /s/ _____
CARLA V. HARTLEY
BENJAMIN J. SCHNAYERSON
Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

Dated: March 28, 2013

By: _____
STEPHEN M. MURPHY
STEPHEN J. PURTILL
Attorneys for Plaintiff
BETH A. RHODES, M.D.

**IT IS SO ORDERED.**

Dated: March 29, 2013

_____
UNITED STATES MAGISTRATE JUDGE
DALE A. DROZD