IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. RHODES, M.D.,

      Plaintiff,

    v.

SUTTER HEALTH, a California corporation, SUTTER GOULD MEDICAL FOUNDATION, a California corporation, THE GOULD MEDICAL GROUP, INC., a California corporation,

      Defendants.
_____/

No. 2:12-cv-0013 WBS DAD

ORDER

      This matter came before the court on April 19, 2013, for hearing of plaintiff's motion to compel. Stephen Purtill, Esq. appeared on behalf of plaintiff. Benjamin Schnayerson, Esq. appeared on behalf of defendant Gould Medical Group, Inc., and Maiko Nakarai-Kanivas, Esq. appeared on behalf of defendant Sutter Gould Medical Foundation.

      Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 29, 2013 motion to compel (Doc. No. 140), is granted as to the time period between October 11, 2010 and November 11, 2010; and

2. Defendant shall produce the documents within ten days of the date of the April 19, 2013 hearing.

DATED: April 19, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\rhodes0013.oah.041913