1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN J. PURTILL (No. 100102)
2  353 Sacramento Street, Suite 1140
   San Francisco, CA 94111
3  Tel:      (415) 986-1338
   Fax:      (415) 986-1231
4
   Attorneys for Plaintiff
5  BETH A. RHODES, M.D.

6

7              UNITED STATES DISTRICT COURT

8
       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
9

10

11 BETH A. RHODES, M.D.,            | Case No.  2:12-cv-00013-WBS-DAD
                                    |
12           Plaintiff,             | **STIPULATION RE AUTHENTICITY**
                                    | **AND FOUNDATION OF**
13      v.                          | **DOCUMENTS PRODUCED BY**
                                    | **DEFENDANT SUTTER GOULD**
14 SUTTER HEALTH, a California      | **MEDICAL FOUNDATION**
   Corporation, SUTTER GOULD MEDICAL|
15 FOUNDATION, a California Corporation,|
   THE GOULD MEDICAL GROUP, INC., a |
16 California Corporation,          |
                                    | Trial Date:   November 5, 2013
17           Defendants.            |

18

19

20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**STIPULATION RE AUTHENTICITY AND FOUNDATION OF DOCS PRODUCED BY SGMF 1**

Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER GOULD MEDICAL FOUNDATION ("SGMF") and THE GOULD MEDICAL GROUP, INC. ("GMG") (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, the trial date is this action is set for November 5, 2013;

WHEREAS, all Motions must be filed by July 1, 2013;

WHEREAS, at the trial of this matter, the parties desire to proceed as efficiently and expeditiously as possible;

WHEREAS, the parties wish to avoid the time and expense at this time, in connection with Motions for Summary Judgment and/or Adjudication, and at trial, of laying foundation for documents whose foundation is not in dispute.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**:

1. That the writings produced by SGMF, which have been Bates labeled as *SGMF_00001842 to SGMF_00001904* and *SGMF_00001912 to SGMF_001926*, are writings maintained by SGMF in the ordinary course of business, and are in fact authentic copies of writings maintained by SGMF in the ordinary course of business;

2. That the writings produced by SGMF, which have been Bates labeled as *SGMF_00001842 to SGMF_00001904* and *SGMF_00001912 to SGMF_001926*, are secondary evidence of the originals of these documents as they are maintained by SGMF in the ordinary course of business;

3. That the writings produced by SGMF, which have been Bates labeled as *SGMF_00001842 to SGMF_00001904* and *SGMF_00001912 to SGMF_001926*, to the extent they contain dates, were created on or about the date on which they purport to have been created.

4. That this Stipulation may be executed in separate counterparts. Execution of this document may be evidenced by way of a facsimile transmission of a

**STIPULATION RE AUTHENTICITY AND FOUNDATION OF DOCS PRODUCED BY SGMF 2**

signature and shall be deemed to constitute the original signature of such party to this document.

Dated: May 31, 2013         LAW OFFICES OF STEPHEN M. MURPHY

By: ____/s/ Stephen J. Purtill_____
    STEPHEN J. PURTILL
    Attorneys for Plaintiff
    BETH A. RHODES, M.D.

Dated: May 31, 2013         LITTLER MENDELSON

By: ____/s/ Maureen E. McClain____
    MAUREEN E. MCCLAIN
    MAIKO NAKARAI-KANIVAS
    Attorneys for Defendant
    SUTTER GOULD MEDICAL FOUNDATION

Dated: May 31, 2013         DILLINGHAM & MURPHY, LLP

By: ____/s/ Carla J. Hartley_____
    CARLA J. HARTLEY
    BENJAMIN J. SCHNAYERSON
    Attorneys for Defendant
    GOULD MEDICAL GROUP, INC.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:120396694.1 061598.1033

**STIPULATION RE AUTHENTICITY AND FOUNDATION OF DOCS PRODUCED BY SGMF 3**