IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. RHODES, M.D.,

      Plaintiff,

      v.

SUTTER HEALTH, a California corporation, SUTTER GOULD MEDICAL FOUNDATION, a California corporation, THE GOULD MEDICAL GROUP, INC., a California corporation,

      Defendants.
_____/

No. 2:12-cv-0013 WBS DAD

<u>ORDER</u>

This matter came before the court on June 7, 2013, for hearing of plaintiff's motion to compel (Doc. No. 173) and defendant Gould Medical Group's motion to compel (Doc. No. 175). Stephen Purtill, Esq. appeared telephonically on behalf of plaintiff. Benjamin Schnayerson, Esq. appeared on behalf of defendant Gould Medical Group, Inc., and Maiko Nakarai-Kanivas, Esq. appeared on behalf of defendant Sutter Gould Medical Foundation. Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

/////

1. Plaintiff's May 17, 2013 motion to compel (Doc. No. 173), is granted;

2. Defendant Sutter Gould Medical Foundation shall produce the amended answers to the requests for admissions at issue to plaintiff's counsel by midnight on June 10, 2013;

3. Defendant Gould Medical Group's May 17, 2013 motion to compel (Doc. No. 175) is granted as to Requests for Admission Numbers 35 and 60, and as to Special Interrogatories Numbers 7 and 10, and denied as to Request for Admission Number 61 and Special Interrogatories Numbers 14 and 19;

4. Plaintiff shall produce the amended responses to counsel for Gould Medical Group by midnight on June 12, 2013; and

5. Plaintiff's counsel shall also provide verifications as to all discovery responses ordered herein, and as to any recently supplemented discovery responses that were produced without verifications, by midnight on June 12, 2013.

DATED: June 7, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\rhodes0013.oah.060713