IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. RHODES, M.D.,

      Plaintiff,

      v.

SUTTER HEALTH, a California corporation, SUTTER GOULD MEDICAL FOUNDATION, a California corporation, THE GOULD MEDICAL GROUP, INC., a California corporation,

      Defendants.

No. 2:12-cv-0013 WBS DAD

<u>ORDER</u>

This matter came before the court on May 10, 2013, for hearing of plaintiff's motions to compel (Doc. Nos. 148, 155 & 156). Stephen Purtill, Esq. appeared on behalf of plaintiff. Carla Hartley, Esq. appeared on behalf of defendant Gould Medical Group, Inc., and Maiko Nakarai-Kanivas, Esq. appeared on behalf of defendant Sutter Gould Medical Foundation.

Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1. Plaintiff's April 5, 2013 motion to compel (Doc. No. 148), is granted in part and denied in part for the reasons as stated on the record;

1

2.  Plaintiff's April 19, 2013 motion to compel (Doc. No. 155) is denied without prejudice; and

3.  Plaintiff's April 19, 2013 motion to compel (Doc. No. 156) is denied without prejudice.[1]

DATED: June 7, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\rhodes0013.oah.051013

---

[1] These motions to compel are denied without prejudice except to the extent of the ruling issued by the Court at the May 10, 2013 hearing as to Topic #7.