LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
STEPHEN J. PURTILL (NO. 101012)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:   (415) 986-1338
Fax:   (415) 986-1231

Attorneys for Plaintiff
BETH A. RHODES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation,<br><br>Defendants. | Case No. 2:12 CV-00013-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO SCHEDULE MANDATORY SETTLEMENT CONFERENCE**<br><br>Magistrate Judge:  Dale A. Drozd<br>Location:   Courtroom 27, 8th Floor<br><br>Complaint Filed: January 3, 2012<br>FAC Filed: March 16, 2012<br>Trial Date: November 5, 2013 |

Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER GOULD MEDICAL FOUNDATION ("SGMF") and GOULD MEDICAL GROUP, INC. ("GMG") (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, this case is currently scheduled for a pretrial conference on September 3, 2013 at 2:00 p.m. before Judge William B. Shubb and trial on November 5, 2013 AT 9:00 a.m. before Judge Shubb;

WHEREAS, the parties wish to participate in a settlement conference before Magistrate Judge Dale A. Drozd who has agreed to hold the conference on September 16, 2013 at 10:00 a.m. in Courtroom 27.

WHEREAS, pursuant to Local Rule 270 the parties waive any claim of disqualification of assigned Magistrate Judge Drozd to handle this settlement conference;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to appear at a settlement conference before Magistrate Judge Drozd on September 16, 2013 at 10:00 a.m. in Courtroom 27.

Dated: August 27, 2013

By: /s/ stephen m. murphy
STEPHEN M. MURPHY
Attorneys for Plaintiff
BETH RHODES

Dated: August 27, 2013

By: /s/ carla j. hartley
CARLA J. HARTLEY
Attorneys for Defendant
GOULD MEDICAL GROUP, INC.

Dated: August 27, 2013

By: /s/ maureen e. mclain
MAUREEN E. MCLAIN
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

**IT IS SO ORDERED.**

Dated: August 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE