UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BETH A. RHODES, M.D., <br><br>             Plaintiff, <br><br>     v. <br><br> SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, <br><br>             Defendants. | NO. CIV. 2:12-0013 WBS DAD <br><br> ORDER |

----oo0oo----

On September 20, 2013, the court held a pretrial conference in this case.  The parties informed the court that the case had not settled in any part.

For the reasons stated at the pretrial conference, the trial date of November 5, 2013, is hereby vacated and is reset for May 20, 2014, at 9:00 a.m. in Courtroom No. 5.  A further pretrial conference is set for March 31, 2014, at 2:00 p.m. in

1

1 | Courtroom No. 5.
2 |         IT IS SO ORDERED.
3 | Dated:   September 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE