LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:   (415) 986-1338
Fax:   (415) 986-1231

Attorneys for Plaintiff
BETH A. RHODES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, <br><br> Defendants. | Case No.  2:12-CV-00013-WBS-DAD <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S SECOND AND TENTH CAUSES OF ACTION** <br><br> Complaint Filed: January 3, 2012 <br> FAC Filed:         March 16, 2012 <br> Trial Date:         May 20, 2014 |

Plaintiff BETH RHODES ("Plaintiff") and Defendant THE GOULD MEDICAL GROUP, INC. ("GMG"), by and through their counsel of record, hereby stipulate and agree as follows:

1.  Plaintiff's Second Cause of Action for Retaliation in Violation of California Government Code section 12653(b) and Tenth Cause of Action for Defamation shall be dismissed without prejudice, each party to bear her/its own costs and attorneys fees.

2.  The dismissal of Plaintiff's Second and Tenth Causes of Action shall not preclude Plaintiff from using the allegations contained in those causes of action in support of her remaining causes of action.

3. The parties hereto agree that this stipulation in no way affects the First, Fourth, Fifth, Seventh, Eighth, Ninth and Eleventh claims, or causes of action, which remain at issue.

Dated:  April 4, 2014                                  LAW OFFICE OF STEPHEN M. MURPHY

                                                       By:  ___/s/ Stephen M. Murphy____
                                                              STEPHEN M. MURPHY
                                                              STEPHEN J. PURTILL
                                                              Attorneys for Plaintiff
                                                              BETH A. RHODES, M.D.


Dated:  April 4, 2014                                  DILLINGHAM & MURPHY, LLP

                                                       By:  ___/s/ Carla J. Hartley____
                                                              CARLA J. HARTLEY
                                                              BENJAMIN J. SCHNAYERSON
                                                              Attorneys for Defendant
                                                              THE GOULD MEDICAL GROUP, INC


**IT IS SO ORDERED.**

**Dated:  April 4, 2014**

                                                       _____
                                                       WILLIAM B. SHUBB
                                                       UNITED STATES DISTRICT JUDGE