DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BENJAMIN J. SCHNAYERSON (SBN 257857)
601 California Street, Suite 1900
San Francisco, CA 94108-2824
TELEPHONE:     (415) 397-2700
FACSIMILE:     (415) 397-3300

Attorneys for Defendant
THE GOULD MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, A California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation,<br><br>Defendants. | Case No. 2:12 CV-00013-WBS-DAD<br>**STIPULATION AND [PROPOSED] ORDER FURTHER AMENDING THE AMENDED FINAL PRETRIAL ORDER**<br><br>Complaint Filed: January 3, 2012<br>FAC Filed:       March 16, 2012<br>Trial Date:      May 20, 2014 |

Plaintiff BETH A. RHODES, M.D. ("Plaintiff"), Defendant THE GOULD MEDICAL GROUP, INC. ("GMG"), and Defendant SUTTER GOULD MEDICAL FOUNDATION ("SGMF") (collectively, "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, on April 8, 2014, the Honorable William B. Shubb signed an Amended Final Pre-Trial Order for the above-entitled matter, which states in Section VIII, sub-section (I), in part: "Plaintiffs' exhibits shall bear numbers; defendants' exhibits shall bear letters;"

WHEREAS, using letters to designate exhibits would be unworkable because, with the large number of exhibits for GMG, some of GMG's exhibits would have to be designated with as

many as 18 letters;

WHEREAS, it would be clearer to the jury and more workable to designate all trial exhibits by number, with Plaintiff's exhibits designated by numbers 1 through 1,000; SGMF's exhibits designated by numbers 1,001 through 2,000; and GMG's exhibits designated by numbers 2,001 through 3,000.  The last three digits of each party's trial exhibits shall correspond to the exhibit numbers listed in the Amended Final Pre-Trial Order. At the discretion of each party, trial exhibit numbers may be followed by letters to differentiate documents within a designated exhibit.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

Section VIII, sub-section (I) of the Amended Final Pre-Trial Order is amended to eliminate the sentence: "Plaintiffs' exhibits shall bear numbers; defendants' exhibits shall bear letters;" and to add the sentences: "Plaintiff's exhibits shall be designated by numbers 1 through 1,000; SGMF's exhibits shall be designated by numbers 1,001 through 2,000; and GMG's exhibits shall be designated by numbers 2,001 through 3,000.  The last three digits of each party's trial exhibits shall correspond to the exhibit numbers listed in the Amended Final Pre-Trial Order. At the discretion of each party, exhibit numbers may be followed by letters to differentiate documents within a designated exhibit."

Dated:  April 24, 2014                    LAW OFFICE OF STEPHEN M. MURPHY


By:     /s/ Stephen J. Purtill
     STEPHEN M. MURPHY
     STEPHEN J. PURTILL
     Attorneys for Plaintiff
     BETH A. RHODES, M.D.

///

///

///

///

| | |
|---|---|
| Dated: April 24, 2014 | DILLINGHAM & MURPHY, LLP |

By:   /s/ Benjamin J. Schnayerson
CARLA J. HARTLEY
BENJAMIN J. SCHNAYERSON
Attorneys for Defendant
THE GOULD MEDICAL GROUP, INC

Dated: April 24, 2014          LITTLER MENDELSON, P.C.

By:   /s/ Maiko Nakarai-Kanivas
MAUREEN E. MCCLAIN
MAIKO NAKARAI-KANIVAS
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

**IT IS SO ORDERED.**  Parties contemplating offering exhibits at trial should bear in mind that jurors can only be expected read and comprehend a limited number of exhibits.

**Dated: April 25, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE