LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:      (415) 986-1338
Fax:     (415) 986-1231

Attorneys for Plaintiff
BETH A. RHODES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SUTTER HEALTH, a California Corporation, SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation, <br><br> Defendants. | Case No. 2:12-CV-00013-WBS-DAD <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S FOURTH, FIFTH AND EIGHTH CAUSES OF ACTION** <br><br> Complaint Filed: January 3, 2012 <br> FAC Filed:             March 16, 2012 <br> Trial Date:             May 20, 2014 |

Plaintiff BETH RHODES ("Plaintiff") and Defendant THE GOULD MEDICAL GROUP, INC. ("GMG"), by and through their counsel of record, hereby stipulate and agree as follows:

1.  Plaintiff's Fourth Cause of Action for Harassment in Violation of California Government Code section 12940(j), Fifth Cause of Action for Sex Discrimination in violation of California Government Code section 12940 (a), and Eighth Cause of Action for Violation of Cal. Govt. Code § 12940(k) - Failure to Prevent Discrimination in the First Amended Complaint shall be dismissed without prejudice, each party to bear her/its own costs and attorneys fees.

2.  The parties also agree that the causes of action dismissed above shall not be used

as bases for Plaintiff's Ninth Cause of Action for Constructive Discharge in Violation of Public Policy.

3.   Except as set forth in Paragraph 2 above, the dismissal of Plaintiff's Fourth, Fifth, and Eighth Causes of Action shall not preclude Plaintiff from using the allegations contained in those causes of action in support of her remaining causes of action.

4.   The parties hereto agree that this stipulation in no way affects the First, Seventh, Ninth, and Eleventh claims, or causes of action, which remain at issue.

Dated:  May 5, 2014                             LAW OFFICE OF STEPHEN M. MURPHY

                                                By:   /s/ Stephen M. Murphy
                                                      STEPHEN M. MURPHY
                                                      STEPHEN J. PURTILL
                                                      Attorneys for Plaintiff
                                                      BETH A. RHODES, M.D.

Dated:  May 5, 2014                             DILLINGHAM & MURPHY, LLP

                                                By:   /s/Carla J. Hartley
                                                      CARLA J. HARTLEY
                                                      BENJAMIN J. SCHNAYERSON
                                                      Attorneys for Defendant
                                                      THE GOULD MEDICAL GROUP, INC

**IT IS SO ORDERED.**

**Dated:  May 6, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE