MAUREEN E. MCCLAIN, Bar No. 062050
MAIKO NAKARAI-KANIVAS, Bar No. 271710
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:      415.399.8490
mmcclain@littler.com
mnakarai@littler.com

Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BETH A. RHODES, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER GOULD MEDICAL FOUNDATION, a California Corporation, THE GOULD MEDICAL GROUP, INC., a California Corporation,<br><br>Defendants. | No.  2:12-cv-00013-DAD<br><br>**STIPULATION AND ORDER TO SEAL TRIAL TRANSCRIPTS** |

1

2   Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER GOULD

3 MEDICAL FOUNDATION ("SGMF") and GOULD MEDICAL GROUP, INC. ("GMG"), by and

4 through their counsel of record herein, hereby stipulate and agree as follows:

5   WHEREAS, trial in the above-referenced matter was conducted from May 20, 2014

6 to May 28, 2014; and

7   WHEREAS, transcripts of parts of the trial proceedings were filed by the Court

8 Reporter on the electronic docket on May 23, 2014; and

9   WHEREAS, the transcripts that were filed are only partial transcripts, and do not

10 reflect the complete trial proceedings; and

11   WHEREAS, the transcripts were provided at the request of and for the use by one

12 party, and were not seen by or used by the Court during trial; and

13   WHEREAS, the matter resolved prior to the completion of trial; and

14   WHEREAS, the transcripts are scheduled to be released and made part of the public

15 record on August 21, 2014;

16   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the

17 transcripts that were filed as Docket Nos. 308, 309, 310 and 311 shall be sealed, and removed from

18 the public record.

19

20 Dated: June 2, 2014

21       By: */s/ Stephen M. Murphy*
                           

22        STEPHEN M. MURPHY
         STEPHEN J. PURTILL

23        Attorneys for Plaintiff
         BETH RHODES

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Plaintiff BETH RHODES ("Plaintiff") and Defendants SUTTER GOULD MEDICAL FOUNDATION ("SGMF") and GOULD MEDICAL GROUP, INC. ("GMG"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, trial in the above-referenced matter was conducted from May 20, 2014 to May 28, 2014; and

WHEREAS, transcripts of parts of the trial proceedings were filed by the Court Reporter on the electronic docket on May 23, 2014; and

WHEREAS, the transcripts that were filed are only partial transcripts, and do not reflect the complete trial proceedings; and

WHEREAS, the transcripts were provided at the request of and for the use by one party, and were not seen by or used by the Court during trial; and

WHEREAS, the matter resolved prior to the completion of trial; and

WHEREAS, the transcripts are scheduled to be released and made part of the public record on August 21, 2014;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the transcripts that were filed as Docket Nos. 308, 309, 310 and 311 shall be sealed, and removed from the public record.

Dated: _____, 2014

By:_____
   STEPHEN M. MURPHY
   STEPHEN J. PURTILL
   Attorneys for Plaintiff
   BETH RHODES

Dated: June 18, 2014

By: */s/ Carla J. Hartley*_____
   CARLA J. HARTLEY
   BENJAMIN J. SCHNAYERSON
   Attorneys for Defendant
   GOULD MEDICAL GROUP, INC.

Dated: June 18, 2014

By: */s/ Maiko Nakarai-Kanivas*
MAUREEN E. MCCLAIN
MAIKO NAKARAI-KANIVAS
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**

**Dated:  June 26, 2014**

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\rhodes0013.stip.seal.trans.ord.docx