1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  STEPHEN J. PURTILL (No. 100102)
   353 Sacramento Street, Suite 1140
3  San Francisco, CA 94111
   Tel:    (415) 986-1338
4  Fax:    (415) 986-1231

5  Attorneys for Plaintiff
   BETH A. RHODES, M.D.

6

7

8

9          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 | BETH A. RHODES, M.D.,                    | No. 2:12-cv-00013-DAD |

12 |         Plaintiff,                       |                       |

13 |    v.                                    | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

14 | SUTTER GOULD MEDICAL
     FOUNDATION, a California Corporation,
15   THE GOULD MEDICAL GROUP, INC., a
     California Corporation,

16

17         Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case shall be dismissed with prejudice, each party to bear its respective costs, including attorney's fees or other expenses of litigation.

Respectfully submitted.

Dated: August 1, 2014     LAW OFFICES OF STEPHEN M. MURPHY

By     /s/ Stephen M. Murphy
STEPHEN M. MURPHY
Attorneys for Plaintiff
BETH A. RHODES, M.D.

Dated: August 1, 2014     DILLINGHAM & MURPHY, LLP

By     /s/ Carla J. Hartley
CARLA J. HARTLEY
Attorneys for Defendant
THE GOULD MEDICAL GROUP, INC.

Dated:  August 1, 2014     LITTLER MENDELSON, P.C.

By     /s/ Maureen E. McClain
MAUREEN E. MCCLAIN
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

2

# **ORDER**

On August 1, 2014, the parties jointly submitted a Stipulation of Dismissal with Prejudice to the Court, stipulating that the above-captioned case shall be dismissed with prejudice.

Accordingly, the instant matter is hereby dismissed with prejudice, each party to bear its respective costs, including attorney's fees or other expenses of litigation.

**IT IS SO ORDERED.**

Dated:  August 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
rhodes0013.stip.dism.ord.doc

3